IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TALISA BORDERS<br><br>and<br><br>OTISHA WOOLBRIGHT<br><br>On behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br><br>     vs.<br><br>WAL-MART STORES, INC.,<br><br>           Defendant. | CIVIL NO. 3:17-CV-00506-MJR-DGW<br>Judge Michael J. Reagan |

**MOTION OF WAL-MART STORES, INC.'S  TO DISMISS
THE COMPLAINT FOR FAILURE TO STATE A CLAIM**

Wal-Mart Stores, Inc. ("Wal-Mart") moves this Court to dismiss the Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). In support thereof, Wal-Mart submits the accompanying Memorandum of Law.

July 31, 2017

Respectfully submitted,

By:  /s/ Andrew G. Klevorn

Andrew G. Klevorn (Lead Counsel),
   *admission pending*
Stacey M. Knight, *pro hac vice*
Andrew J. Demko, *pro hac vice*
Abimbola O. Oladokun,
   *admission pending*
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661
Tel:  (312) 902-5200
Firm ID No. 41832

*Attorneys for Defendant Wal-Mart Stores, Inc.*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2017, I caused a true and correct copy of the foregoing to be served upon counsel of record via the ECF system.

July 31, 2017

          /s/ Andrew G. Klevorn