## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TALISA BORDERS<br><br>OTISHA WOOLBRIGHT<br><br>and<br><br>STACEY LEWIS<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Wal-Mart Stores, Inc.,<br><br>Defendant. | CIVIL NO. 17-506-MJR-MAB<br><br>CLASS ACTION |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Local Rule 83.1(g), Abimbola O. Oladokun hereby moves this Court for leave to withdraw as counsel for Defendant Walmart Inc. Defendant will continue to be represented by other attorneys who have previously entered their appearances in this matter.

February 13, 2019

Respectfully Submitted,

By: /s/ Abimbola O. Oladokun
Abimbola O. Oladokun

Abimbola O. Oladokun
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street, Suite 1900
Chicago, Illinois 60661
Firm No. 41832
Ph: (312) 902-5200

137823910v2