# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TALISA BORDERS,<br>OTISHA WOOLBRIGHT, and<br>STACEY LEWIS,<br>On behalf of themselves and all others<br>similarly situated, | )<br>)<br>)<br>)<br>)<br>) | Civil No. 3:17-cv-0506-SMY-MAB |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CLASS ACTION |
| WAL-MART STORES, INC.,<br>Defendant. | )<br>)<br>) | |

## JOINT STATUS REPORT

Pursuant to the Court's order dated April 30, 2019, the parties respectfully report as follows:

1. After arm's length negotiations, the parties have reached a settlement in principle and have finalized a confidential memorandum of understanding.

2. The parties respectfully request that the Court set a deadline of August 5, 2019, for the Plaintiffs' to file an unopposed or joint motion for preliminary approval of a class action settlement pursuant to Federal Rule 23(e).  At that time, the parties also will file the proposed settlement and the plan for notice to the settlement class.  The parties respectfully request that the Court set a date after August 5, 2019, during the month of August, for a hearing to address the proposed settlement and notice plan.

3. The parties request that the deadlines set forth in docket entry 119—including the deadline for Plaintiffs' Motion for Class Certification (June 18, 2019), Defendant's opposition (July 19, 2019), Plaintiffs' reply and all class-related Daubert motions (August 19, 2019)—be set aside to allow the parties to proceed with the proposed settlement.

Dated:  June 17, 2019

By:  /s/ Andrew G. Klevorn (with consent)
Andrew G. Klevorn

Andrew G. Klevorn
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street, Suite 1900
Chicago, Illinois 60661
Firm No. 41832
Ph: (312) 902-5200

ATTORNEYS FOR DEFENDANT

By:  /s/ Ellen Eardley (with consent)
Ellen Eardley

Ellen Eardley, *pro hac vice*
Michael D. Lieder, *pro hac vice*
Cyrus Mehri, *pro hac vice*
Lauren Nussbaum, *pro hac vice*
Joanna Wasik, *pro hac vice*
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Ph: 202-822-5100

Mary Ann Sedey
Donna Harper
SEDEY HARPER WESTHOFF P.C.
2711 Clifton Avenue,
Saint Louis, MO 63139
Telephone: 314-773-3566

Dina Bakst *pro hac vice*
Elizabeth Chen, *pro hac vice*
A BETTER BALANCE
80 Maiden Lane, Suite 606
New York, NY 10038
Telephone: 212-430-5982

Elizabeth Gedmark *pro hac vice*
A BETTER BALANCE
2301 21st Ave S., Suite 355
Nashville, TN 37212
Telephone: 615-915-2417

Emily Martin  *pro hac vice*
Sunu Chandy  *pro hac vice*
NATIONAL WOMEN'S LAW CENTER
11 Dupont Cir NW, Suite 800
Washington, DC 20036
Telephone: 202-588-5180


ATTORNEYS FOR THE PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2019, I caused a true and correct copy of the foregoing Joint Status Report to be served upon counsel of record via the ECF System.

/s/ Christopher Vazquez