# UNITED STATES DISTRICT COURT
for the

Southern District of Illinois

| | |
|---|---|
| Talisa Borders et al. <br> *Plaintiff(s)* <br> v. <br> Wal-Mart Stores, Inc. <br> *Defendant(s)* | ) <br> ) <br> ) Case Number: 3:17-cv-0506-SMY-MAB <br> ) <br> ) |

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for    Wal-Mart Stores, Inc.

DATED:  August 5, 2019

s/ Chad J. Doellinger
Signature

Chad J. Doellinger/Greenberg Traurig
Name

77 W. Wacker, Ste. 3100, Chicago, IL 6060
Address

(312) 456-1014
Phone Number

(312) 456-8435
Fax Number

doellingerc@gtlaw.com
E-Mail Address

Rev.  2/11